%AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of Massachusetts

Michael E. Eller

    Plaintiff / Petitioner

V.

Luis Spencer, Superintendent

    Defendant / Respondent

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 05-10740 DPW

I, __Michael E. Eller, pro-se'__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant      ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __Massachusetts__

   Are you employed at the institution? __no__ Do you receive any payment from the institution? __N/A__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends    ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
   d. Disability or workers compensation payments    ☐ Yes    ☒ No
   e. Gifts or inheritances    ☐ Yes    ☒ No
   f. Any other sources    ☐ Yes    ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

MASSACHUSETTS
DEPARTMENT OF CORRECTION
Inmate Transaction History
Summary Report

MCI NORFOLK

| | | | | |
|---|---|---|---|---|
| Inmate Name............ | ELLER | MICHAEL | | |
| Commitment number.... | W81508 | | | |
| Period encompassed.... | 10/1/2004 THRU | | 4/1/2005 | |
| | Personal | Savings | Total | |
| Six Month Average Daily Balance | 18.44 | 97.04 | 115.48 | |
| 20% of Six Month Average Daily Balance | 23.10 | | | |
| Total Expenditures for Period | | | 500.35 | |
| Total Income for Period | | | 502.59 | |

To the best of my knowledge, the above summary information is true and accurate:

Signed _Marsha Collins_
MARSHA COLLINS, Treasurer

Time: _1:55 PM_

Date: _4/4/05_

Note: A copy of the inmate's account activity statement for the six month period ("Inmate Transaction History") is attached.