| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)*: C Swarts(?)  B. Date of Delivery: 4/21/05<br>C. Signature: X C____  ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Luis Spencer, Superint.<br>MCI Norfolk<br>2 Clark St<br>PO Box 43<br>Norfolk, MA 02056 | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number *(Copy from service label)* | 7004 1160 0005 9812 1852 |
| PS Form 3811, July 1999 | Domestic Return Receipt   102595-00-M-0952 |

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10



Sender: Please print your name, address, and ZIP+4 in this box

SCREENED
USMS

United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210