```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

MICHAEL E. ELLER,
    Petitioner,

    V.                        CIVIL ACTION NO. 05-10740-DPW

LUIS SPENCER, SUPERINTENDENT,
    Respondent

## ORDER OF DISMISSAL

WOODLOCK, District Judge

    In accordance with this Court's Memorandum and Order entered June 1, 2005, granting the Respondent's Motion to Dismiss the Petition for Habeas Corpus relief under 28 U.S.C. §2254, for the reasons stated therein, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED.

                                        BY THE COURT,

                                        /s/ Michelle Rynne
                                        Deputy Clerk

DATED: June 1, 2005