Michael E. Eller
MCI Norfolk / P.O. Box 43
Norfolk, MA 02056-0043

Petitioner, in pro-se'

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL E. ELLER,<br>  Petitioner;<br><br>       v.<br><br>LUIS SPENCER,<br>SUPERINTENDENT<br>  Respondent; | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 05-10740-DPW |

NOTICE OF APPEAL

Petitioner, Michael E. Eller, appearing in pro per, hereby appeals from the judgment of the court dismissing his Petition for Writ of Habeas Corpus in the above entitled action. Said Judgment was entered on June 1, 2005, by Hon. Douglas P. Woodlock J.

Concurrently herewith, Petitioner requests that the District Court issue forth a Certificate of Appealability. An application for COA is being filed contemporaneously filed.

Dated; 7 day of June, 2005

Michael E. Eller
Petitioner, pro-se