MANDATE

05-10740
USDC - MASO
J. Woodlock

# United States Court of Appeals
## For the First Circuit

No. 05-1930

MICHAEL E. ELLER,

Petitioner, Appellant,

v.

LUIS SPENCER, SUPERINTENDENT,

Respondent, Appellee.

Before

Boudin, <u>Circuit Judge</u>,
Selya and Howard, <u>Circuit Judges</u>.

JUDGMENT

Entered: September 16, 2005

    Petitioner, Michael E. Eller, applies for a certificate of appealability ("COA") in order to appeal from the dismissal of his habeas petition for failure to exhaust state remedies. We have reviewed the record and petitioner's application, and we conclude that petitioner has not demonstrated "a substantial showing of the denial of a constitutional right." <u>See</u> 28 U.S.C. § 2253(c)(2); <u>Slack v. Daniel</u>, 529 U.S. 473, 484 (2000). The delay in the processing of petitioner's state appeal is not so protracted as to relieve petitioner of the obligation to exhaust his state court remedies.

    <u>The request for a certificate of appealability is denied and this appeal is terminated</u>.

By the Court:

Richard Cushing Donovan, Clerk.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*[signature]*
Deputy Clerk

Date: 10/7/05

MARGARET CARTER

By: _____
Chief Deputy Clerk.

[cc: Michael Eller, Maura McLaughlin, AAG]